**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br>Jointly Administered |
| WOODBRIDGE LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AARON R. ANDREW; PARAMOUNT FINANCIAL SERVICES, INC., D/B/A LIVE ABUNDANT,<br><br>Defendants. | Adv. Proc. No. 19-50186 (BLS) |

**MOTION AND ORDER FOR PRO HAC VICE ADMISSION OF ANTHONY GROVER**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Anthony Grover, of Pia Anderson Moss & Hoyt, to represent Aaron R. Andrew and Paramount Financial Services, Inc. d/b/a Live Abundant in this action.

Dated: May 9, 2019
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ R. Stephen McNeill*
R. Stephen McNeill (DE Bar No. 5210)
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

**ORDER FOR PRO HAC VICE ADMISSION OF ANTHONY GROVER**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Anthony Grover is granted.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br>Jointly Administered |
| WOODBRIDGE LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AARON R. ANDREW; PARAMOUNT FINANCIAL SERVICES, INC., D/B/A LIVE ABUNDANT,<br><br>Defendants. | Adv. Proc. No. 19-50186 (BLS) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Utah and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: May 9, 2019
Salt Lake City, Utah

**PIA ANDERSON MOSS & HOYT**

*/s/ Anthony Grover*

Anthony Grover
136 E. South Temple, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 350-9000
Facsimile: (801) 350-9010
Email: tgrover@pamhlaw.com