**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br>Jointly Administered |
| WOODBRIDGE LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AARON R. ANDREW; PARAMOUNT FINANCIAL SERVICES, INC., D/B/A LIVE ABUNDANT,<br><br>Defendants. | Adv. Proc. No. 19-50186 (BLS) |

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT**
**PARAMOUNT FINANCIAL SERVICES, INC., D/B/A LIVE ABUNDANT**

Defendant Paramount Financial Services, Inc., D/B/A Live Abundant ("Defendant") by and through undersigned counsel, hereby answers plaintiff Woodbridge Liquidation Trust's ("Plaintiff") Complaint and asserts its affirmative defenses. All allegations not expressly admitted herein are denied.

**NATURE OF THE ACTION**

1. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

2. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

3. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

4. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

5. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

## JURISDICTION AND VENUE

6. Admit.

## THE PARTIES

7. Admit.

8. Admit.

9. Admit.

10. Admit.

11. Admit.

12. Admit.

13. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

14. Admit that Defendant is a Utah corporation. Defendant lacks sufficient knowledge or information to respond to the remaining allegations in this paragraph and therefore denies the same.

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

15. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

16. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

17. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

18. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

19. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

**FIRST CLAIM FOR RELIEF (AGAINST ANDREW ONLY)**
**Avoidance and Recovery of Preferential Transfers**

20. Defendant incorporates its responses to the allegations in paragraphs 1-19 of the Complaint as if set forth herein.

21. Where the First Claim for Relief does not state a claim against Defendant, Defendant does not respond or otherwise answer the allegations in this paragraph.

22. Where the First Claim for Relief does not state a claim against Defendant, Defendant does not respond or otherwise answer the allegations in this paragraph.

23. Where the First Claim for Relief does not state a claim against Defendant, Defendant does not respond or otherwise answer the allegations in this paragraph.

24. Where the First Claim for Relief does not state a claim against Defendant, Defendant does not respond or otherwise answer the allegations in this paragraph.

**SECOND CLAIM FOR RELIEF (AGAINST ALL DEFENDANTS)**
**Avoidance and Recovery of Actual Intent Fraudulent Transfers – Bankruptcy Code**

25. Defendant incorporates its responses to the allegations in paragraphs 1-24 of the Complaint as if set forth herein.

26. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

27. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

28. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

29. Deny.

**THIRD CLAIM FOR RELIEF (AGAINST ALL DEFENDANTS)**
**Avoidance and Recovery of Constructive Fraudulent Transfers – Bankruptcy Code**

30. Defendant incorporates its responses to the allegations in paragraphs 1-29 of the Complaint as if set forth herein.

31. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

32. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

33. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

34. Deny.

**FOURTH CLAIM FOR RELIEF (AGAINST ALL DEFENDANTS)**
**Avoidance and Recovery of Actual Intent Voidable Transactions – State Law**

35. Defendant incorporates its responses to the allegations in paragraphs 1-34 of the Complaint as if set forth herein.

36. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

37. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

38. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

39. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

40. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

41. Deny.

**FIFTH CLAIM FOR RELIEF (AGAINST ALL DEFENDANTS)**
**Avoidance and Recovery of Constructive Voidable Transactions – State Law**

42. Defendant incorporates its responses to the allegations in paragraphs 1-41 of the Complaint as if set forth herein.

43. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

44. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

45. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

46. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

47. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

48. Deny.

**SIXTH CLAIM FOR RELIEF (AGAINST ANDREW ONLY)**
**Objection to Claims (Bankruptcy Code Section 502(d))**

49. Defendant incorporates its responses to the allegations in paragraphs 1-48 of the Complaint as if set forth herein.

50. Where the Sixth Claim for Relief does not state a claim against Defendant, Defendant does not respond or otherwise answer the allegations in this paragraph.

51. Where the Sixth Claim for Relief does not state a claim against Defendant, Defendant does not respond or otherwise answer the allegations in this paragraph.

**SEVENTH CLAIM FOR RELIEF (AGAINST ALL DEFENDANTS)**
**Equitable Subordination of Claims**

52. Defendant incorporates its responses to the allegations in paragraphs 1-51 of the Complaint as if set forth herein.

53. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

54. Defendant lacks sufficient knowledge or information to respond to the allegations in this paragraph and therefore denies the same.

55. This paragraph states legal conclusions to which no responsive pleading is required. To the extent an answer is required, the allegations in this paragraph are denied.

56. This paragraph states legal conclusions to which no responsive pleading is required. To the extent an answer is required, the allegations in this paragraph are denied.

57. Deny.

58. Defendant reserves the right to amend the responses to the factual allegations set forth in the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

59. The Complaint fails to state a claim against Defendant upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

60. The claims set forth in the Complaint are barred in whole or in part under the applicable statutes of limitations.

**THIRD AFFIRMATIVE DEFENSE**

61. The claims set forth in the Complaint are barred under the doctrines of waiver, laches, unclean hands, *in pari delicto*, and/or estoppel.

**FOURTH AFFIRMATIVE DEFENSE**

62. The obligations incurred by the Debtors were incurred in the ordinary course of business.

**FIFTH AFFIRMATIVE DEFENSE**

63. Any transfer made by the Debtors is protected from avoidance under the "subsequent new value" defense under section 547(c)(4) of the Bankruptcy Code.

**SIXTH AFFIRMATIVE DEFENSE**

64. Any transfer made by the Debtors was made in exchange for reasonably equivalent consideration and/or supported by valuable consideration.

**SEVENTH AFFIRMATIVE DEFENSE**

65. During no time was Defendant an insider of the Debtors.

**EIGHTH AFFIRMATIVE DEFENSE**

66. At all relevant times, Debtors were not insolvent.

**NINTH AFFIRMATIVE DEFENSE**

67. The Debtors were not rendered insolvent as a result of any of the alleged transfers/payments described in the Complaint.

## TENTH AFFIRMATIVE DEFENSE

68. Any transfer alleged in the Complaint was made to Defendant in payment of a debt in good faith, and without knowledge of the avoidability of the alleged transfer pursuant to 11 U.S.C. § 550(b).

## ELEVENTH AFFIRMATIVE DEFENSE

69. To the extent Defendant pays Plaintiff any money alleged due as an avoidable transfer, Defendant is entitled to file a claim in the amount of such payment under 11 U.S.C. § 502(h).

## TWELFTH AFFIRMATIVE DEFENSE

70. Defendant hereby adopts and incorporates by reference any other affirmative defense asserted by other defendants in this action to the extent that such defenses are applicable to the claims asserted against Defendant.

## THIRTEENTH AFFIRMATIVE DEFENSE

71. Defendant reserves all rights of setoff and recoupment, including without limitation, any pre-petition and post-petition goods and services provided to the Debtors for which payment has not been made or for any distributions owing to Defendant.

## FOURTEENTH AFFIRMATIVE DEFENSE

72. Defendant reserves the right to assert other affirmative defenses as this action proceeds and they become known to Defendant. Defendant reserves the right to amend this Answer in order to assert such additional affirmative defenses.

**RULE 7012-1 STATEMENT**

In accordance with Local Rule 7012-1, Defendant does not consent to the entry of final orders or judgment by this Court.

Dated: June 28, 2019
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ R. Stephen McNeill*
R. Stephen McNeill (DE Bar No. 5210)
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

**PIA ANDERSON MOSS HOYT**
Anthony M. Grover, Esq. (*Admitted pro hac vice*)
136 E. South Temple, Nineteenth Floor
Salt Lake City, UT 84111
Telephone: (801) 350-9000
Facsimile: (801) 350-9010

*Counsel to Paramount Financial Services, Inc., D/B/A Live Abundant*