# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>                        Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br>Jointly Administered |
| WOODBRIDGE LIQUIDATION TRUST,<br><br>                        Plaintiff,<br><br>   v.<br><br>AARON R. ANDREW; PARAMOUNT FINANCIAL SERVICES, INC., D/B/A LIVE ABUNDANT,<br><br>                        Defendants. | Adv. Proc. No. 19-50186 (BLS) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on September 6, 2019, true and correct copies of the *Initial Disclosures of Defendants Aaron R. Andrew and Paramount Financial Services, Inc., d/b/a Live Abundant* were served upon the parties listed below in the manner indicated.

| *Via Hand Delivery* | *Via First Class Mail, Postage Pre-Paid* |
|---|---|
| Richard M. Pachulski, Esq. | Kenneth N. Klee, Esq. |
| Andrew W. Caine, Esq. | Michael L. Tuchin, Esq. |
| Bradford J. Sandler, Esq. | David A. Fidler, Esq. |
| Colin R. Robinson, Esq. | Jonathan M. Weiss, Esq. |
| PACHULSKI STANG ZIEHL & JONES LLP | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
| 919 North Market Street, 17th Floor | 1999 Avenue of the Stars, 39th Floor |
| Wilmington, DE 19801 | Los Angeles, CA 90067 |

Dated: September 6, 2019	**POTTER ANDERSON & CORROON LLP**

*/s/ R. Stephen McNeill*
R. Stephen McNeill (DE Bar No. 5210)
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192


**PIA ANDERSON MOSS HOYT**
Anthony M. Grover
(*Admitted pro hac vice*)
136 E. South Temple, Nineteenth Floor
Salt Lake City, UT 84111
Telephone: (801) 350-9000
Facsimile: (801) 350-9010