IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE



MICHAEL GOLDBERG, In His Capacity As
Liquidating Trustee of the WOODBRIDGE
LIQUIDATION TRUST,

                     Plaintiff

Vs.

DARIN BAKER,

                     Defendant

Adversary Proceeding
Case No. 19-50961 (BLS)

## SECURED PARTY'S STATEMENT
## OF RIGHT OR INTEREST
## WITH ATTACHED SECURITY
## IN RE: AFORESAID RESPONDENT

I, the undersigned Darin-Duane: Baker-El (hereinafter referred to as Secured Party Creditor/Holder-In-Due-Course), Authorized Representative of the above-named Respondent(s): DARIN BAKER©, hereinafter referred to as (DEBTOR), being of majority in age, and legally competent, state absolutely:

1. That, Secured Party Creditor/Holder-In-Due-Course, has first-hand knowledge of the facts stated herein, and;
2. That, the Secured Party Creditor/Holder-In-Due-Course has established a perfected security interest via SECURITY AGREEMENT # SA-453516-DDB, depicting aforesaid Respondent as DEBTOR, irrevocably declaring Power of Attorney (See attached POWER OF ATTORNEY # POA-453516-DDB) herein, as Secured Party Creditor/Holder-In-Due-Course (See attached UCC-1 Financing Statement # U220167448939), duly filed with the CALIFORNIA SECRETARY OF STATE on February 24, 2022, and;
3. That, Secured Party Creditor/Holder-In-Due-Course reserves any and all Rights, Title and Interest concerning DEBTOR/Defendant and now has exclusive unconditional superior priority and absolute authority over any and all aspects of the DEBTOR/Defendant, via binding contract of the parties in force, and;
4. That, Secured Party Creditor/Holder-In-Due-Course on behalf of DEBTOR/Defendant answers/accepts for value per Emergency Banking Relief Act of 1933, codified at 31

Secured Party's Statement with Security                                                         Page 1/4
In re: Chapter 11 Case No. 17-12560 (BLS)

USC § 5118 (d) (2) and Public Law 73-10, and any and all judgments entered by this Honorable Court, in re: Case Number 17-12560(BLS), and thereby tenders in payment in support thereof the attached "Security," being a Registered "General Bond," to cover any and all fees and costs in the aforesaid civil action; and for the release of the DEBTOR/Respondent and all real and personal property thereof (See e.g. FEDERAL RULES OF CIVIL PROCEDURE, Rule E (5) (b), (General Bond).

## ACKNOWLEDGEMENT

I verify, under the penalty of perjury that the foregoing is true and correct, per 28 USC § 1746 (2).

Executed this __9__ day of __August__ 2023.

Without Prejudice (UCC 1-308)

_Darin-Duane: Baker-El_
Darin-Duane: Baker-El, Secured Party
Holder-In-Due-Course
Authorized Representative

County of __Los Angeles__ )
__California__ state ) Scilicet
 )

SUBSCRIBED TO AND SWORN before me this __9__ day of __August__, A.D. 2023, a Notary, that Darin-Duane: Baker-El, personally appeared and known to me to be the person whose name subscribed to the within instrument and acknowledged to be the same.
_____ Seal:
Notary Public

My Commission expires __10/08/2025__

See Attached CA Notary Page

**CALIFORNIA JURAT**  GOVERNMENT CODE § 8202

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on

this __9__ day of __August__, 20__23__, by
    Date        Month        Year

(1) __Darin Duane Baker-El__

(and 2) _____ ),
      Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
      Signature of Notary Public

*Place Notary Seal and/or Stamp Above*

KASSANDRA ARTEAGA
Notary Public - California
Los Angeles County
Commission # 2377913
My Comm. Expires Oct 8, 2025

--- **OPTIONAL** ---

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL GOLDBERG, In His Capacity As Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>Plaintiff<br><br>Vs.<br><br>DARIN BAKER,<br><br>Defendant | Adversary Proceeding<br>Case No. 19-50961 (BLS)<br><br>GENERAL BOND, in accordance with Supplemental Rules of Admiralty Rule E (5) (b)<br><br>Registration No.: RR055151169US |

**GENERAL BOND**

---

I, Darin-Duane: Baker-El, Principal, Secured Party Creditor, Holder-In-Due-Course and Authorized Representative of the DEBTOR, DARIN BAKER©, Defendant, Public Vessel, initiate and undertake the follow; In consideration thereof, that I have suffered dishonor regarding the matter of MICHAEL GOLDBERG, in his capacity as LIQUIDATING TRUSTEE of the WOOBRIDGE LIQUIDATION TRUST, Plaintiff v. DARIN BAKER©; Defendant, Chapter 11 Case Number 17-12560 (BLS), Adversary Proceeding Case No. 19-50961 (BLS), herewith this registered bond, underwrite with my private exemption any and all values in consideration, obligations of performance, losses and costs sustained by the U.S. BANKRUPTCY COURT of the DISTRICT of DELAWARE and the respectful citizens thereof regarding said matter. The above court is hereby, herewith this Registered GENERAL BOND, authorized to secure an amount double the aggregate amount claimed by the plaintiff(s) in accordance with the Supplemental Rules of Admiralty, Rule E (5) (b), as I Darin-Duane: Baker-El, accept for value and consideration all related endorsements, front and back, in accord with UCC 3-419 and EXEMPT FROM LEVY as evidenced with this bond. The life of this bond commences from the date entered below and is provided in good faith and shall serve as subrogation and requires the immediate stay of the Action/Process In Rem and release of all

chattel property, personal and real property belonging to the Trust (STRAWMAN©, DEBTOR), and obligations of performance required by such claims.

Notwithstanding, the total amount of this bond is any amount, $862,945.24, U.S. Currency. The actual value and consideration shall be stipulated and determined by the above court, as the undersigned Principal accepts for value and consideration any such determinations by the above court in return for full settlement and closure of the case/account(s), and immediate restoration/release of all property and the order of the court, as I, Darin-Duane: Baker-El, Secured Party Creditor/Holder-In-Due-Course shall underwrite all costs with my private exemption: (19-50961 (BLS) CUSIP & AutoTRIS 303841423, as the account is PRE-PAID and EXEMPT FROM LEVY.

Dated this 6th day of August 2023.

Without Prejudice (UCC1-308) and (UCC 1-103)

By: _____

Darin-Duane: Baker-El, Secured Party Creditor
Holder-In-Due-Course
Authorized Representative


County of __Los Angeles__ )
                          ) Scilicet
__California__ state      )

SUBSCRIBED TO AND SWORN before me this __9__ day of __August__, A.D. 2023, a Notary, that Darin-Duane: Baker-El, personally appeared and known to me to be the person whose name subscribed to the within instrument and acknowledged to be the same.
_____ Seal:
Notary Public

My Commission expires __10/08/2025__

See Attached CA Notary Page

**CALIFORNIA JURAT**  GOVERNMENT CODE § 8202

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on this __9__ day of __August__, 20__23__, by
Date / Month / Year

(1) __Darin Duane Baker-El__

(and (2) _____),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

[Notary Seal: KASSANDRA ARTEAGA, Notary Public - California, Los Angeles County, Commission # 2377913, My Comm. Expires Oct 8, 2025]

*Place Notary Seal and/or Stamp Above*

———————— **OPTIONAL** ————————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association