# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>(SEE *EXHIBIT 1* ATTACHED HERETO),<br><br>　　　　　　　Defendant. | Adv. Proc. Case Nos. (SEE *EXHIBIT 1*) |

## STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY MATTERS

Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, plaintiff in the above-referenced cases, hereby submits this status report pursuant to the scheduling orders dated September 3, 2020 and September 15, 2020.

Attached hereto is the status for the above-referenced cases associated with Woodbridge Group of Companies, LLC, *et al.*, Case No. 17-12560 (JKS).

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

| | |
|---|---|
| Dated: September 6, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Colin R. Robinson* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Andrew W. Caine (CA Bar No. 110345) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899 (Courier 19801) |
| | Telephone: 302-652-4100 |
| | Fax: 302-652-4400 |
| | Email: bsandler@pszjlaw.com |
| |        acaine@pszjlaw.com |
| |        crobinson@pszjlaw.com |
| | |
| | *Counsel to Plaintiff Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust* |

**STATUS CATEGORY E:** List all cases that have settled or resolved, but a notice or stipulation of dismissal cannot yet be filed.

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| Russell Bullis, Betsy Bullis | 19-50310 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Hart Placement Agency, Inc. | 19-50847 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Michael Kandravi | 19-50914 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Kim Butler | 19-50917 | This matter has been settled.  Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| John Fagan | 19-50947 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Harris Financial Management and John G. Harris | 19-51011 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| IRA Services Trust Company, Custodian for the Benefit of Dwight L. Atherton IRA, Dwight L Atherton | 19-50581 | This matter has been settled.  Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Christ Temple Baptist Church | 19-50756 | This matter has been settled and paid in full. A dismissal is in process. |
| IRA Services Trust Company, Custodian for the Benefit of Lynette Eddy IRA, Lynette Eddy | 19-50808 | This matter has been settled.  Dismissal in process. |
| IRA Services Trust Company, Custodian For The Benefit of Earl Eddy IRA, Earl Eddy | 19-50814 | This matter has been settled.  Dismissal in process. |
| Frontier Advisors Group LLC, David Nichols | 19-50945 | Mediated but did not settle. |
| Gerard J. O'Neill | 19-50964 | This matter has been settled.  Plaintiff intends to file a dismissal once the |

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
|  |  | settlement payment has been received in full. |
| Joseph W. Isaac | 19-50976 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Donovan Knowles | 19-50980 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| John J. McNamara | 19-50998 | This matter has been settled Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| David Valencia, Valencia Financial Services, LLC | 19-51000 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Bette Tydings | 19-51002 | This matter has been settled.  Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Dan Reisinger | 19-51007 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Searchlight Financial Advisors, LLC, Caroline Rakness | 19-51022 | This matter has been settled.  Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Basic Financial Services Inc., Basic Wealth Advisors, Inc., Fred C. Johnson | 19-51039 | This matter has been settled.   Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Ascensus, LLC, Custodian for the Benefit of Gail Marie Bush IRA, Gail Marie Bush, Gail Marie Bush as Trustee of the Gail Marie Bush Trust Dated 12/21/2001 | 19-51133 | This matter has been settled.  Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Retirement Services LLC | 19-50931 | This matter has been settled.  Dismissal in process. |
| Christopher Longworth | 19-50928 | This matter has settled.  Settlement Agreement executed. |

2

**STATUS CATEGORY F:**  List all cases where service is complete, answer has been filed, discovery/disclosures are underway, and expected date of completion of discovery/disclosure.

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| Maxwell Financial Group, Inc. | 19-50915 | The defendant submitted initial disclosures on 4/15/21.  Defendant has given plaintiff an extension to submit initial disclosures. |
| Uma Gajavada | 19-51046 | Discovery exchanged. Parties are working though discovery issues with production of documents and deposition. Parties will seek to amend the Scheduling Order. |
| Stefan Kolosenko | 19-50301 | Discovery exchanged and settlement discussions ongoing. |
| Kenneth Halbert | 19-51027 | Discovery is ongoing. |

**STATUS CATEGORY G:** Mediator has been selected or appointed.

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator and (as necessary) Additional Comments |
|---|---|---|
| Joseph Lin | 19-50334 | Ian Conner Bifferato, Esq. Matter settled in mediation but defendant refused to execute settlement agreement. |
| Ascensus, LLC, Custodian for the Benefit of Deborah J. Murphy IRA, Deborah J. Murphy | 19-50583 | Derek C. Abbott, Esq. Mediation was held but the matter did not settle. |
| Irmgard Herrmann | 19-50752 | Ian Conner Bifferato, Esq. Mediation was held, and the mediator is continuing to work with the parties to resolve this matter. |
| Marcella P. Best | 19-50819 | Leslie Berkoff, Esq. Mediation was held and the parties continue to work towards resolving this matter. |
| John J. Begley | 19-50830 | Defendant is deceased and the Trust is working with defendant's estate to proceed to mediation. |
| Peter Greenberg | 19-50855 | Ian Conner Bifferato, Esq. Mediated but settlement not reached. |
| Chris Dantin Financial Services, LLC, Chris A. Dantin, Sr. | 19-50922 | Derek C. Abbott, Esq. Stipulation for Judgment in process. |
| James Lamont | 19-50952 | Ian Conner Bifferato, Esq. Mediation was held, and the mediator is continuing to work with the parties to resolve this matter. |
| James E. Campbell Jr. Inc. (d/b/a Campbell Financial Corp.), and James E. Campbell, Jr. | 19-50965 | Lucian B. Murley, Esq. Mediated but did not settle. |
| Gregory Jandt | 19-50981 | Ian Conner Bifferato, Esq. Mediation was held and the parties continue to work towards resolving this matter. |
| Dennis Drake, Mid-Atlantic Brokers, Inc. | 19-51006 | Ian Conner Bifferato, Esq. Mediation was held and the parties continue to work towards resolving this matter. |

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator and (as necessary) Additional Comments |
|---|---|---|
| Gaulan Financial LLC | 19-51012 | Derek C. Abbott, Esq. Matter proceeded to mediation but did not settle. |
| Legacy Financial Network and Retirement Services, Inc. and Jeffrey Nimmow | 19-51016 | Lucian B. Murley, Esq. Pre-mediation settlement discussions in process. Matter to proceed to mediation. |
| TWH Annuities & Insurance Agency, Inc., Gryphon Financial Services | 19-51042 | Derek C. Abbott, Esq. Mediation was held and the parties continue to work towards resolving this matter. |
| Jay N. Brown | 19-51047 | Derek C. Abbott, Esq. Mediation was held but did not settle. |
| Deb Brundage | 19-51069 | Lucian B. Murley, Esq. Mediation was held, but matter did not settle. |
| Sylvan R. Jutte, Jeannette E. Jutte | 19-50308 | Ian Conner Bifferato, Esq. Mediation dates have been set for pending matters. |
| Brian D. Korkus, Robin L. Korkus | 19-50309 | Ian Conner Bifferato, Esq. Mediation was held, and the mediator is continuing to work with the parties to resolve this matter. |
| Floyd G Davis, Lavonne J. Davis | 19-50317 | Ian Conner Bifferato, Esq. Mediation dates have been set for pending matters. |
| George T. Iwahiro, Charlene M. Iwahiro | 19-50319 | Ian Conner Bifferato, Esq. Mediation was held but the matter did not settle. |
| Toomas Heinmets, Pamela Heinmets | 19-50322 | Ian Conner Bifferato, Esq. Mediation was held, but matter did not settle. |
| Janet V. Dues | 19-50328 | Ian Conner Bifferato, Esq. Mediation dates have been set for pending matters. |
| Dena Falkenstein | 19-50329 | Ian Conner Bifferato, Esq. Mediation was held, and the mediator is continuing to work with the parties to resolve this matter. |
| Christian Lester | 19-50332 | Ian Conner Bifferato, Esq. |

2

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator and (as necessary) Additional Comments |
|---|---|---|
| | | Mediation was held but the matter did not settle. |
| Jane Marshall | 19-50335 | Ian Conner Bifferato, Esq. Mediation dates have been set for pending matters. |
| Jennifer Tom | 19-50342 | Ian Conner Bifferato, Esq. Mediation was held, and the mediator is continuing to work with the parties to resolve this matter. |
| Anita Bedoya, Mark Bedoya | 19-50343 | Ian Conner Bifferato, Esq. Mediation was held but the matter did not settle. |
| Anita Bedoya, Julian Duran | 19-50344 | Ian Conner Bifferato, Esq. Mediation was held but the matter did not settle. |
| Ronald Cole | 19-50346 | Ian Conner Bifferato, Esq. Mediation was held but the matter did not settle. |
| Ronald Draper | 19-50347 | Ian Conner Bifferato, Esq. Mediation dates have been set for pending matters. |
| Mary Ellen Nuhn | 19-50829 | Judith Fitzgerald, Esq. Mediation was held; matter did not settle. |

**STATUS CATEGORY H:** List all cases that are ready for trial.

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| All Mark Insurance Services, Inc., Cameron Johnson | 19-50921 | In accordance with the mediator's report filed by the mediator (Leslie Berkoff), the matter has not been resolved and should proceed to trial. |
| Gregg W. Butler | 19-50958 | After not responding to default notices, Defendant appeared telephonically before the Court and is communicating with Plaintiff's counsel and the mediator (Leslie Berkoff) to try to resolve this matter. |
| Harold Plain | 19-50974 | Defendant has not responded to default notices. Plaintiff's counsel is investigating whether Defendant (or his estate if Defendant is deceased) is capable of proceeding in connection with this matter. |
| Joseph A. Loox | 19-50978 | After not responding to default notices, Defendant appeared telephonically before the Court and is communicating with Plaintiff's counsel and the mediator (Leslie Berkoff) to try to resolve this matter. |
| Ascensus, LLC, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth IRA, Christopher M. Soulier | 19-51050 | An initial pre-trial conference was held on 2/8/22 and rescheduled to a date to be determined. A proposed judgment has been submitted and will be entered by the Court upon failure of the Defendant to appear at the pre-trial conference and cooperate in the preparation of a final pre-trial order. |

**STATUS CATEGORY J:** List all cases which are stayed by the filing of another bankruptcy action affecting a party in this matter.

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| Randy Robertson | 19-50977 | Defendant filed for ch. 7 bankruptcy. |

## **EXHIBIT 1**

| Defendant(s) | Adv. Case No. |
|---|---|
| Christopher Longworth | 19-50928 |
| Stefan Kolosenko | 19-50301 |
| Sylvan R. Jutte, Jeannette E. Jutte | 19-50308 |
| Brian D. Korkus, Robin L. Korkus | 19-50309 |
| Russell Bullis, Betsy Bullis | 19-50310 |
| Floyd G Davis, Lavonne J. Davis | 19-50317 |
| George T. Iwahiro, Charlene M. Iwahiro | 19-50319 |
| Toomas Heinmets, Pamela Heinmets | 19-50322 |
| Janet V. Dues | 19-50328 |
| Dena Falkenstein | 19-50329 |
| Christian Lester | 19-50332 |
| Joseph Lin | 19-50334 |
| Jane Marshall | 19-50335 |
| Jennifer Tom | 19-50342 |
| Anita Bedoya, Mark Bedoya | 19-50343 |
| Anita Bedoya, Julian Duran | 19-50344 |
| Ronald Cole | 19-50346 |
| Ronald Draper | 19-50347 |
| IRA Services Trust Company, Custodian for the Benefit of Dwight L. Atherton IRA, Dwight L Atherton | 19-50581 |
| Ascensus, LLC, Custodian for the Benefit of Deborah J. Murphy IRA, Deborah J. Murphy | 19-50583 |
| Irmgard Herrmann | 19-50752 |
| Christ Temple Baptist Church | 19-50756 |
| IRA Services Trust Company, Custodian for the Benefit of Lynette Eddy IRA, Lynette Eddy | 19-50808 |
| IRA Services Trust Company, Custodian For The Benefit of Earl Eddy IRA, Earl Eddy | 19-50814 |
| Marcella P. Best | 19-50819 |
| Mary Ellen Nuhn | 19-50829 |
| John J. Begley | 19-50830 |
| Hart Placement Agency, Inc. | 19-50847 |
| Peter Greenberg | 19-50855 |
| Michael Kandravi | 19-50914 |
| Maxwell Financial Group, Inc. | 19-50915 |
| Kim Butler | 19-50917 |
| All Mark Insurance Services, Inc., Cameron Johnson | 19-50921 |
| Chris Dantin Financial Services, LLC, Chris A. Dantin, Sr. | 19-50922 |
| Retirement Services LLC | 19-50931 |
| Frontier Advisors Group LLC, David Nichols | 19-50945 |
| John Fagan | 19-50947 |
| James Lamont | 19-50952 |

| Defendant(s) | Adv. Case No. |
|---|---|
| Gregg W. Butler | 19-50958 |
| Gerard J. O'Neill | 19-50964 |
| James E. Campbell Jr. Inc. (d/b/a Campbell Financial Corp.), and James E. Campbell, Jr. | 19-50965 |
| Harold Plain | 19-50974 |
| Joseph W. Isaac | 19-50976 |
| Randy Robertson | 19-50977 |
| Joseph A. Loox | 19-50978 |
| Donovan Knowles | 19-50980 |
| Gregory Jandt | 19-50981 |
| John J. McNamara | 19-50998 |
| David Valencia, Valencia Financial Services, LLC | 19-51000 |
| Bette Tydings | 19-51002 |
| Dennis Drake, Mid-Atlantic Brokers, Inc. | 19-51006 |
| Dan Reisinger | 19-51007 |
| Harris Financial Management and John G. Harris | 19-51011 |
| Gaulan Financial LLC | 19-51012 |
| Legacy Financial Network and Retirement Services, Inc. and Jeffrey Nimmow | 19-51016 |
| Searchlight Financial Advisors, LLC, Caroline Rakness | 19-51022 |
| Kenneth Halbert | 19-51027 |
| Basic Financial Services Inc., Basic Wealth Advisors, Inc., Fred C. Johnson | 19-51039 |
| TWH Annuities & Insurance Agency, Inc., Gryphon Financial Services | 19-51042 |
| Uma Gajavada | 19-51046 |
| Jay N. Brown | 19-51047 |
| Ascensus, LLC, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth IRA, Christopher M. Soulier | 19-51050 |
| Deb Brundage | 19-51069 |
| Ascensus, LLC, Custodian for the Benefit of Gail Marie Bush IRA, Gail Marie Bush, Gail Marie Bush as Trustee of the Gail Marie Bush Trust Dated 12/21/2001 | 19-51133 |